7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Michael Stanley Goodart, Jr.
*Debtor*

*Bankruptcy Case No.*
12−60267−abf7

**Missouri Ethics Commission**
 Plaintiff(s)

*Adversary Case No.*
13−06021−abf

v.

**Michael Stanley Goodart**
 Defendant(s)

## JUDGMENT

　　　The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment by default is hereby entered in favor of Plaintiff and against Defendant, Michael S. Goodart, Jr. in the amount of $15,000. IT IS FURTHER ORDERED AND ADJUDGED, that the debt or $15,000 owed by defendant to the Commission is a non−dischargeable debt pursuant to ll U.S.C. Section 523(a)(7).



　　　　　　　　　　　　　　　　　　　　　　　　　Ann Thompson
　　　　　　　　　　　　　　　　　　　　　　　　　Court Executive

　　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Sharon Greene
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Date of issuance: 8/19/13

Court to serve